CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SUSHMITA BAN,

                        Plaintiff,

          v.

JOSEPH B. EDLOW, DIRECTOR, U.S.
CITIZENSHIP and IMMIGRATION
SERVICES, *et al.*,

                        Defendants.

Case No. 3:26-cv-03515-LJC

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER**

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties submit the following stipulated request to extend the time for Defendants' response to the complaint and the dates in the Court's Immigration Mandamus Procedural Order. In support of this request, the parties state as follows:

1.      Defendant's response to the complaint is currently due June 26, 2026.

2.      United States Citizenship and Immigration Services needs additional time to review the case. Accordingly, the parties have agreed to extend the time for Defendants' response by 30 days.

3.      The parties therefore stipulate to extend the time for Defendants' response to July 27, 2026. The parties further request a corresponding 30-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order,

STIPULATION TO EXTEND
Case No. 3:26-cv-03515-LJC                    1

Dkt. No. 2. Under the extended deadlines, the Defendant's motion for summary judgment will be due September 24, 2026.

IT IS SO STIPULATED.

Dated: June 26, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

Attorneys for Defendants


Dated: June 26, 2026


*/s/ Sushmita Ban*
SUSHMITA BAN
Plaintiff Pro Se


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: July 1, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION TO EXTEND
Case No. 3:26-cv-03515-LJC                    2